UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM CAPERS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV411-109 |
| STATE OF MISSOURI, | ) ) ) |
| Respondent. | ) ) |

## ORDER

William Capers's 28 U.S.C. § 2254 habeas petition was denied in *Capers v. Rowley*, CV407-373, docs. 15 & 16 (E.D. Mo. Sept. 28, 2007) (Order and judgment dismissing petition as untimely). He now files with this Court a "Motion for change of venue 281404 a." Doc. 1. He also moves for leave to file it *in forma pauperis* (IFP). Doc. 3.

Capers is from Missouri and appears to be challenging a Missouri conviction in a Georgia federal district court. Whether this is the right court to hear his "transfer" motion, which the Court construes as a § 2254-based petition, depends on information that he has failed to provide. In that regard, Capers did not complete the

standard form prescribed by Rule 2(d) of the Rules Governing Section 2254 Cases In the United States District Courts, which states that "[t]he petition must substantially follow either the form appended to these rules or a form prescribed by a local district-court rule. The clerk must make forms available to petitioners without charge."

The Court therefore **DIRECTS** Capers to resubmit his "motion" using this Court's Rule 2(d), § 2254 form within 21 days of the date of this Order is served. The Clerk is **DIRECTED** to include the standard Rule 2(d), § 2254 form with Capers's service copy of this Order. This action faces dismissal should Capers fail to comply with this Order within 21 days after the date of its service.

**SO ORDERED** this 23rd day of May, 2011.

/s/ *[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA