# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM CAPERS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CV411-109 |
| STATE OF MISSOURI, | ) ) ) |
| Respondent. | ) ) |

## ORDER

William Capers's "Motion to remove arrest warrant" is **DENIED**. Doc. 5. The Court just yesterday directed him to complete this Court's standard "Rule 2(d)" habeas form so that it can determine whether Capers, by his previous "change of venue" motion, doc. 1, is properly before this Court. Doc. 4. Until it receives that completed form, all further motions will be summarily denied.

**SO ORDERED**, this 24Th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA